IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HUNTINGTON NATIONAL BANK,

    Plaintiff,

V.

MICHAEL L. WALLACE,

    Defendants.

CASE NO. C2-10-0469
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

## ORDER

The undersigned hereby RECUSES himself from this case. The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

5-27-2010
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**